# PAYCARGO
Employment Application

PayCargo

## APPLICANT INFORMATION

Last Name: GALBREATH       First: PAVEL       M.I.       Date: 8/30/17
Street Address: 29 ~~Fox~~ Fan Hill Rd       Apartment/Unit #:
City: Monroe       State: CT       ZIP: 06468
Phone: 917-710-0006       E-mail Address: ppashin@gmail.com
Date Available: 08/28/2017       Social Security No.: [redacted]       Desired Salary: ~~300~~ $10K/month
Position Applied for: CTO

Are you a citizen of the United States?   YES [ ]   NO [✓]   If no, are you authorized to work in the U.S.?   YES [✓]   NO [ ]
Have you ever worked for this company?   YES [ ]   NO [✓]   If so, when?
Have you ever been convicted of a felony?   YES [ ]   NO [✓]   If yes, explain

## EDUCATION

High School:       Address:
From:       To:       Did you graduate? YES / NO       Degree:
College:       Address:
From:       To:       Did you graduate? YES / NO       Degree:
Other:       Address:
From:       To:       Did you graduate? YES / NO       Degree:

## REFERENCES

*Please list three professional references.*

Full Name:       Relationship:
Company:       Phone:
Address:

Full Name:       Relationship:
Company:       Phone:
Address:

Full Name:       Relationship:
Company:       Phone:
Address:

**MILITARY SERVICE**

Branch

From          To

Rank at Discharge

Type of Discharge

If other than honorable, explain

**DISCLAIMER AND SIGNATURE**

I certify that my answers are true and complete to the best of my knowledge.

If this application leads to employment, I understand that false or misleading information in my application or interview may result in my release.

Signature ✗ _[signature]_        Date 8/30/17

$10,000 / per month beginning Sept. 1
Please waive any restrictions on
Mendical Insurance and 401(k) plan.
      _[signature]_ 8/31/17