

Pasha Probiv <pasha@waleup.com>

## Fwd: Transition and Termination

**Pasha Galbreath** <pgalbreath@paycargo.com>  Thu, Aug 16, 2018 at 4:34 PM
To: Pasha Galbreath <pasha@waleup.com>

---------- Forwarded message ----------
From: **Eduardo Del Riego** <edelriego@paycargo.com>
Date: Thu, Aug 16, 2018 at 10:01 AM
Subject: Re: Transition and Termination
To: Pasha Galbreath <pgalbreath@paycargo.com>

Pasha,

As discussed last night your behavior and actions since your resignation July 23, 2018 have been inconsistent with the interim role we agreed on. Further, you have taken actions outside the scope of your authority (transition to August 31 exit). Removing system authority from Olivier without approval. Promoting Scott to control role (which even had you been CTO would require COO/CEO approval). Making changes to the system that killed cookies leaving a multitude of payers with a very negative user experience a week prior to Annual fee being charged, and other actions.

Beyond the above, we had agreed on more detailed "next steps plan" when we met last week. I offered you an extension as contract/interim CTO in which you would guide David, assist Olivier, and complete some specific integrations (Champ and others to be defined by Juan Dieppa). You advised you preferred a simple contractor role paid by the hour. You were to provide me a contract for security and interim contractor role. You were to spend this week and next weeks with David Lopez insuring he be brought up to date on projects and your recommendations. Tuesday you met with Juan Dieppa at which time you were to turn over all accesses to the system and other resources, review inventory purchased on company credit card (return company assets), and provide specifics on your availability and future role. Given that no input was provided from you nor proposed contracts it is my understanding that your access would terminate August 31 (subject to review of potential projects you would still be involved in).

Tuesday you departed back to New York without notifying anyone nor providing Juan a complete list of resources. Further, David Lopez was left waiting to meet with you to continue transition (including access to all resources). Yesterday, team members including David, Olivier, and others were unable to reach you all day. Further, yesterday as you were well aware was the day we were charging the annual fee.

Last night when you called me to advise the Nacha failed I advised you that I had already been in contact with Olivier (he had been unable to reach you) and to please assist Olivier as he was handling this issue. Further, advised you that you were to cease and desist any changes to our system. All of this at minimum lead me to advise you to turn over all access, codes, and resources immediately and terminate your involvement with PayCargo. Your comments that "these failures/system breakdowns happen when you leave a company and that you were under appreciated caused more alarm". This is not the behavior of an individual who's plan is to start a new business and secure PayCargo as a client.

I need an explanation as I am in the process of determining next steps (why you left, why you went silent/unresponsive, and your irrational comments last night). How does this represent to me your commitment to a seamless transition. Please comply with my directives and finalize turning over all requested access to the PayCargo system. Finalize transition of information to David and comply with Juan Dieppa directives till end of month.

Sincerely,

Eduardo

**Eduardo Del Riego** | President & CEO | **PayCargo LLC**

2100 Salzedo Street, Suite 200, Coral Gables, FL 33134

**p**. +1.305.444.6088 | **m**. +1.305.987.9001 | **f**. +1.786.999.8842 | **e**. edelriego@paycargo.com



The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify PayCargo LLC immediately by replying to this message and deleting it from your computer.

--

**Pasha Galbreath** | Chief Technology Officer | **PayCargo LLC**

2100 Salzedo Street, Suite 200, Coral Gables, FL 33134

P: +1 888.250.7778 | C: +1 917.710.0006 | F: 786.999.8842 | pgalbreath@paycargo.com

