

Pasha Probiv &lt;pasha@waleup.com&gt;

---

# Re: Termination

---

**Pasha Probiv** &lt;pasha@waleup.com&gt;　　　　　　　　　　　　　　　　　　　Thu, Aug 16, 2018 at 3:33 PM
To: Eduardo Del Riego &lt;edelriego@paycargo.com&gt;

Eduardo,

My actions have been consistent with what you were telling me to do. On Aug 12, 2018 I got an email from you that I no longer have CTO authority and that everyone under me going to be reporting to COO. From that letter it became evident to me that COO/CEO will be responsible for transitioning the IT team to the state without CTO.

I was initially under a different impression because my official resignation wasn't until August 31st. There is one key point that we've discussed multiple times that we have different views on:

My point of view is:

- I can not be responsible for technology of PayCargo without having the authority over IT team

While your point of view is:

- Continue ensuring the stability of the system while not being in charge of the people who support it.

My original intentions were to do a smooth transition to David while being in Florida for the rest of August while maintaining full authority of the CTO. However the email you sent on Aug 12 was an official dismissal of my duties. At that point I no longer had the tools to ensure a transition in which you would have had a continuity. After receiving this message I complied and reported to Juan Dieppa and turned all the access to company assets to him. I asked him to take over WeWork account and since he couldn't do it the same day we agreed to turn WeWork account to Scott in the meantime. I left Scott full developer credentials to the system and asked him to share them with Juan.

**Re: Changing Permissions for Olivier and Scott**

I would like to repeat that I was acting in full confidence that I had full authority to make Permissions changes for entire IT team as agreed by us in March. In fact without having this authority I would have left the company in March.

Permissions changes do not mean promotion or demotion of certain individuals, but it makes people rely on each other more at critical moments like deployments. Reliance on each other is key in smooth path forward without a CTO. Olivier has been in charge of deployments for a very long time, but he always had me overseeing his deployments. I have a reason to believe that without technical oversight with Olivier continuing doing deployments the state of technology will quickly deteriorate. Therefore I planned to have both David and Scott oversee the deployments and have the authority to say "**stop**" at any moment. That reasoned the permissions change before leaving on one day vacation.

What actually happened is Olivier took over the Friday deployment without giving Scott the opportunity to participate (review Olivier's work before it gets deployed). This deployment caused multiple issues with customers on Saturday and this week.

I was on Vacation when deployment took place and was dismissed of CTO duties on Sunday night by you. Therefore I take no responsibility for this release and the negative outcomes that followed (customers not being able to login). While I tried to help resolve the issues, I can not take responsibility for this as **I'm no longer performing CTO duties**.

**Re: Yesterday**

Yesterday I wasn't checking email or being on chat, but I had my phone with me at all times and nobody called me. At about 6 PM I decided to check NACHA file after realizing that something may go wrong as this is the first time we are processing such a large amount of transactions in single file (over 8 k). I checked the NACHA file and identified the step where it failed. My next logical step was calling you to notify of the issue.

I was very surprised to hear the outright distrust from you and an insinuation that I may have sabotaged your system, therefore I simply asked "How can I help" to which you replied "Resolve it". I complied and went on with resolving the issue. You called me few minutes later and said that you spoke to Olivier and he isolated the issue and I should be working with him on it.

I reached out to Olivier and we both knew the exact issue at that point. I informed him that I had a solution and was going to implement it. Implemented the solution and run the process for generating the batch again. Both of us were on Standby for 10-15 minutes. At that time Leo Flesler got involved and we started chatting about how we should generate NACHA file and re-submit it. As Leo suggested, we generated the file without automatically submitting it to CASS. It gave us an opportunity to review it before submission. When file got generated I asked both Olivier and Leo to review it before submission. After few minutes they both signed off and I sent the file to CASS. Then called MaryBeth to inform that the new file is coming her way. Took about an hour to get the acknowledge file from CASS. In the meantime I asked Olivier to investigate on what could have caused the failure. Even though I have patched the procedure not to ever fail again (safeguard) It was important to know why. Olivier identified 18 payers that had duplicate bank accounts. Today I narrowed it down to 1 payer who had double bank account, I sent explanations to Juan and Leo. The reason it happened on 2018 annual fee and not on 2017 annual fee is because we didn't include accounts without any transactions in the last 12 months for 2017. This account only got included on 2018 annual fee and had a double bank acct that caused the issue.

Before calling MaryBeth yesterday I called you to notify that issue has been resolved and will not happen again as we put the safeguards in.

You asked me what may have caused it, I said that it relates to annual fee.
You told me that

- If I want a future contract with PayCargo or
- If I want a reference from PayCargo

I should give you a very detailed explanation on why this has happened. And it better not be IT fault.

At that point I decided to terminate the relationship because of the following factors:

- We were still not on the same page that responsibility does not come without authority
- You were trying to hold me responsible for every single thing that goes wrong at PayCargo while effectively you are in charge of it
- You were paranoid that I have intentionally sabotaged your system

You were asking me that is was too much of a coincidence that I go offline for a day and NACHA file fails. To which I could not say anything better that, "these things happen when I leave" and it's "destiny" because I do not consider it productive trying to prove you that I didn't sabotage it.

If this is what you have in your mind and this is what you believe, please find the people who can help you with IT, but by all means please keep me out of it.

**Re: Future**

I agree to give all access controls that I have to PayCargo team members, that I have not already given to them. This is PayCargo property and it should be in their hands.

I agree to provide informational support to PayCargo team members in form of consultations, walkthroughs or describing the history of the platform or what happened (like I did in this email)

I take no responsibility for stability of PayCargo Platform starting the evening of Aug 12 when I was dismissed as a CTO.

--
- P