

Lauri Galbreath <lauri.galbreath@gmail.com>

# Pay cargo disaster

**Thomas Vieweg** <tjv411@aim.com>　　　　　　　　　　　　　　Wed, Aug 15, 2018 at 6:48 PM
To: lauri.galbreath@gmail.com

Lauri,

I feel awkward reaching out but really am concerned. I am sure you are aware Pasha has resigned from Pay Cargo. Unfortunately through a series of events these guys now feel Pasha has sabotaged the system on the way out the door. I did not believe this was the case. However after trying to have a conversation and understand what was going on pasha told me fuck off and he doesn't care what happens to these guys. I tried to explain these guys are going to file charges and a lawsuit against him. This will not be good for you and your family. I am concerned Pasha is suffering some sort of mental break down as I cant explain any of these actions. ( nor his hostility towards me the guy trying to help)I hate for this situation to cross the point of no return. It will by end of day tomorrow. Please feel free to reach out to me if you think it will help. 516-455-2018

Best,
Tommy

Thomas Vieweg
tjv411@aim.com
516-455-2018