# Invoice #107

Jul 22, 2018

✓ **PAID**

## BILL TO
**Paycargo LLC**
jdiaz@paycargo.com

## FROM
**Wale Up LLC**
20 Pine St, Suite 715
New York, NY 10005
pasha@waleup.com
+1 9177100006

| INVOICE ITEMS | AMOUNT |
| --- | --- |
| Max Lukshits quality assurance 6/15 - 7/15 | $2,500.00 |

| | |
| --- | --- |
| Total | $2,500.00 |
| Payment | -$2,500.00 |
| **Invoice balance** | **$0.00** |

## MESSAGE
Thanks for your business.

Page 1 of 1

**CONFIDENTIAL**

**PG 1074**