Citibank CBO Services   010  
P.O. Box 6201  
Sioux Falls, SD 57117-6201

001/R1/20F000  
003  
CITIBANK, N. A.  
**Account**  
█████4621  
**Statement Period**  
Jul 26 - Aug 23, 2018  
**Relationship Manager**  
Citibusiness Service Center  
(877) 528-0990

WALE UP, LLC  
20 PINE ST   APT #715  
NEW YORK CITY   NY 10005

Page 1 of 5

## CitiBusiness® ACCOUNT AS OF AUGUST 23, 2018

**Relationship Summary:**

| | |
|---|---|
| Checking | $14,010.08 |
| Savings | ----- |
| Checking Plus | ----- |

## SERVICE CHARGE SUMMARY FROM JULY 1, 2018 THRU JULY 31, 2018

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** ████4621 | | | |
| Average Daily Collected Balance | | | $8,768.73 |
| DEPOSIT SERVICES | | | |
|    CHECKS, DEP ITEMS/TICKETS, ACH | 22 | .4500 | 9.90 |
| **WAIVE | | | |
| **Total Charges for Services** | | | $0.00 |
| **Net Service Charge** | | | $0.00 |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**  
████4621

Beginning Balance: $9,848.14  
Ending Balance: $14,010.08

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/26 | ███████ | 8.42 | | 9,839.72 |
| 07/26 | ███████ | 41.34 | | 9,798.38 |
| 07/26 | ███████ | 69.48 | | 9,728.90 |
| 07/26 | ███████ | 85.99 | | 9,642.91 |
| 07/27 | ███████ | 4.92 | | 9,637.99 |
| 07/27 | ███████ | 6.87 | | 9,631.12 |
| 07/27 | ███████ | 8.42 | | 9,622.70 |
| 07/27 | ███████ | 23.54 | | 9,599.16 |
| 07/30 | DEBIT CARD PURCH Card Ending in 4371 5F2F3WS5    4371 Jul 30 WEWORK-78 SW 7TH STRE 855-593-9675 NY 18208 | 3.50 | | 9,595.66 |
| 07/30 | ███████ | 23.74 | | 9,571.92 |

| | WALE UP, LLC | | Account ██████4621<br>Statement Period: Jul 26 - Aug 23, 2018 | Page 2 of 5 | 001/R1/20F000 |

## CHECKING ACTIVITY — Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/30 | ███ | 29.47 | | 9,542.45 |
| 07/30 | ███ | 45.57 | | 9,496.88 |
| 07/30 | ███ | 82.20 | | 9,414.68 |
| 07/30 | ███ | 4.32 | | 9,410.36 |
| 07/30 | ███ | 10.51 | | 9,399.85 |
| 07/31 | ELECTRONIC CREDIT<br>PAYCARGO LLC   PAYROLL   77373400001507X Jul 31 | | 5,948.75 | 15,348.60 |
| 07/31 | ███ | 3.05 | | 15,345.55 |
| 07/31 | ███ | 5.34 | | 15,340.21 |
| 07/31 | ███ | 8.42 | | 15,331.79 |
| 07/31 | ███ | 8.50 | | 15,323.29 |
| 07/31 | ███ | 10.88 | | 15,312.41 |
| 07/31 | ███ | 12.79 | | 15,299.62 |
| 07/31 | ███ | 25.14 | | 15,274.48 |
| 07/31 | ███ | 38.52 | | 15,235.96 |
| 07/31 | ███ | 76.24 | | 15,159.72 |
| 07/31 | ███ | 177.97 | | 14,981.75 |
| 07/31 | ███ | 319.97 | | 14,661.78 |
| 07/31 | ███ | 3,574.54 | | 11,087.24 |
| 08/01 | ███ | | 276.76 | 11,364.00 |
| 08/01 | ███ | 8.42 | | 11,355.58 |
| 08/01 | ███ | 27.77 | | 11,327.81 |
| 08/01 | ███ | 4.99 | | 11,322.82 |
| 08/01 | ███ | 2,426.19 | | 8,896.63 |
| 08/02 | ███ | 12.00 | | 8,884.63 |
| 08/03 | ███ | 12.99 | | 8,871.64 |
| 08/03 | ███ | 20.82 | | 8,850.82 |
| 08/03 | ███ | 39.92 | | 8,810.90 |
| 08/06 | DEBIT CARD PURCH Card Ending in 4371<br>Y4DFT8S5          4371 Aug 06<br>WEWORK-78 SW 7TH STRE 855-593-9675 NY 18215 | 4.82 | | 8,806.08 |
| 08/06 | ███ | 11.50 | | 8,794.58 |
| 08/06 | ███ | 21.06 | | 8,773.52 |
| 08/06 | ███ | 25.33 | | 8,748.19 |
| 08/06 | ███ | 40.77 | | 8,707.42 |

WALE UP, LLC

Account ████4621
Statement Period: Jul 26 - Aug 23, 2018

Page 3 of 5

001/R1/20F000

## CHECKING ACTIVITY — Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/06 | ███ | 46.76 | | 8,660.66 |
| 08/06 | ███ | 55.87 | | 8,604.79 |
| 08/06 | ███ | 1.99 | | 8,602.80 |
| 08/06 | ███ | 24.02 | | 8,578.78 |
| 08/06 | ███ | 125.00 | | 8,453.78 |
| 08/07 | ███ | 8.33 | | 8,445.45 |
| 08/07 | ███ | 12.18 | | 8,433.27 |
| 08/07 | ███ | 19.26 | | 8,414.01 |
| 08/07 | ███ | 52.19 | | 8,361.82 |
| 08/08 | ███ | | 276.76 | 8,638.58 |
| 08/08 | ███ | 2.67 | | 8,635.91 |
| 08/08 | ███ | 10.52 | | 8,625.39 |
| 08/08 | ███ | 32.10 | | 8,593.29 |
| 08/08 | ███ | 288.00 | | 8,305.29 |
| 08/08 | ███ | 373.01 | | 7,932.28 |
| 08/09 | ███ | 16.18 | | 7,916.10 |
| 08/09 | ███ | 20.82 | | 7,895.28 |
| 08/10 | ███ | 8.35 | | 7,886.93 |
| 08/10 | ███ | 97.00 | | 7,789.93 |
| 08/10 | ███ | 109.99 | | 7,679.94 |
| 08/10 | ███ | 409.99 | | 7,269.95 |
| 08/10 | ███ | 192.70 | | 7,077.25 |
| 08/13 | ███ | 20.13 | | 7,057.12 |
| 08/13 | ███ | 200.00 | | 6,857.12 |
| 08/13 | ███ | 207.99 | | 6,649.13 |
| 08/13 | ███ | 209.99 | | 6,439.14 |
| 08/13 | ███ | 1.99 | | 6,437.15 |
| 08/13 | ███ | 3.99 | | 6,433.16 |
| 08/14 | ███ | 2.95 | | 6,430.21 |
| 08/14 | ███ | 17.17 | | 6,413.04 |
| 08/14 | ███ | 21.64 | | 6,391.40 |
| 08/14 | ███ | 38.21 | | 6,353.19 |

WALE UP, LLC

Account █████4621
Statement Period: Jul 26 - Aug 23, 2018

Page 4 of 5

001/R1/20F000

## CHECKING ACTIVITY — Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/14 | ▮▮▮ | 39.13 | | 6,314.06 |
| 08/14 | ▮▮▮ | 54.00 | | 6,260.06 |
| 08/14 | ▮▮▮ | 108.84 | | 6,151.22 |
| 08/15 | ▮▮▮ | | 276.76 | 6,427.98 |
| 08/15 | ▮▮▮ | | 276.76 | 6,704.74 |
| 08/15 | ATM DEPOSIT 120 BROADWAY, NY, NY | | 2,500.00 | 9,204.74 |
| 08/15 | ELECTRONIC CREDIT PAYCARGO LLC   PAYROLL   77584600005256X Aug 15 | | 5,948.75 | 15,153.49 |
| 08/15 | ▮▮▮ | 18.14 | | 15,135.35 |
| 08/15 | ▮▮▮ | 23.30 | | 15,112.05 |
| 08/15 | ▮▮▮ | 24.90 | | 15,087.15 |
| 08/15 | ▮▮▮ | 35.35 | | 15,051.80 |
| 08/15 | ▮▮▮ | 37.48 | | 15,014.32 |
| 08/15 | ▮▮▮ | 42.26 | | 14,972.06 |
| 08/15 | ▮▮▮ | 10.48 | | 14,961.58 |
| 08/15 | ▮▮▮ | 60.00 | | 14,901.58 |
| 08/16 | ▮▮▮ | 22.00 | | 14,879.58 |
| 08/16 | ▮▮▮ | 32.10 | | 14,847.48 |
| 08/16 | ▮▮▮ | 33.86 | | 14,813.62 |
| 08/16 | ▮▮▮ | 128.78 | | 14,684.84 |
| 08/17 | ▮▮▮ | | 183.67 | 14,868.51 |
| 08/17 | ▮▮▮ | 11.68 | | 14,856.83 |
| 08/17 | ▮▮▮ | 12.83 | | 14,844.00 |
| 08/17 | ▮▮▮ | 22.98 | | 14,821.02 |
| 08/17 | ▮▮▮ | 60.96 | | 14,760.06 |
| 08/17 | ▮▮▮ | 98.99 | | 14,661.07 |
| 08/20 | ▮▮▮ | 3.44 | | 14,657.63 |
| 08/20 | ▮▮▮ | 4.66 | | 14,652.97 |
| 08/20 | ▮▮▮ | 7.76 | | 14,645.21 |
| 08/20 | ▮▮▮ | 9.73 | | 14,635.48 |
| 08/20 | ▮▮▮ | 40.70 | | 14,594.78 |

WALE UP, LLC

Account ████4621
Statement Period: Jul 26 - Aug 23, 2018

Page 5 of 5

001/R1/20F000

## CHECKING ACTIVITY — Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/20 | ███ | 1.99 | | 14,592.79 |
| 08/20 | ███ | 1.99 | | 14,590.80 |
| 08/20 | ███ | 5.99 | | 14,584.81 |
| 08/20 | ███ | 5.99 | | 14,578.82 |
| 08/20 | ███ | 5.99 | | 14,572.83 |
| 08/21 | ███ | 15.93 | | 14,556.90 |
| 08/21 | ███ | 1.66 | | 14,555.24 |
| 08/22 | ███ | 69.07 | | 14,486.17 |
| 08/22 | ███ | 397.86 | | 14,088.31 |
| 08/23 | ███ | 7.71 | | 14,080.60 |
| 08/23 | ███ | 59.00 | | 14,021.60 |
| 08/23 | ███ | 11.52 | | 14,010.08 |
| | **Total Debits/Credits** | **11,526.27** | **15,688.21** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | CitiBusiness 100 Citibank Drive San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2018 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.