

NEWS   DATA & TOOLS   EVENTS   PODCASTS   MAGAZINE   ARCHIVES   Account

NEWS   DATA & TOOLS   EVENTS   PODCASTS

SUBSCRIBE

Friday, September 30, 2022   Account

MAGAZINE   ARCHIVES

Airports   Carriers   Technology   E-Commerce   Express   Freight Forwarders

# PayCargo moves for dismissal in one CargoSprint case

PayCargo awaits damages following summary judgment in another case

by **Caryn Livingston** — November 22, 2021   in **Technology**   👍 0

Share on Facebook   Share on Twitter   Share on LinkedIn



Listen to this article
0:01 / 2:04   1X

Payment platform PayCargo moved Nov. 9 to voluntarily dismiss without prejudice its case against a former employee and other parties that alleged the employee had misappropriated trade secrets in a new role with competitor CargoSprint.

In a second suit brought by PayCargo against CargoSprint and its founder and CEO Josh Wolf, PayCargo received summary judgment in support of its claims for trademark

9/30/22, 7:36 AM
PayCargo moves for dismissal in one CargoSprint case | Air Cargo World
Case 1:22-cv-02907-HG-JRC    Document 34-12    Filed 10/26/22    Page 2 of 6 PageID #: 304

# AIR CARGO WORLD

NEWS  DATA & TOOLS  EVENTS  PODCASTS  MAGAZINE  ARCHIVES  Account

earlier this year, according to a court order for the case from the U.S. District Court for the Southern District of Florida.

PayCargo is awaiting final judgment in relation to damages within the next few weeks, PayCargo Chief Legal Officer Jason Weber told *Air Cargo World*.


(Photo: Paycargo)

In the trade secrets case, also in the Southern District of Florida, PayCargo was "unable to obtain viable confirmation one way or the other" during the discovery period as to whether files the company alleged contained the trade secrets actually did contain them, according to the motion. Trade secret claims are difficult to prove without sworn testimony or recordings that corroborate the suspected misuse of trade secrets, Weber said of the motion.

"After discovery, we moved to dismiss, so if we get the evidence we need, we will refile," Weber said.

For its part, CargoSprint has since moved for partial summary judgment in the trade secret case, according to a Nov. 15 filing with the court.

"CargoSprint (as well as others) got hit with several frivolous lawsuits after we refused to sell the company," Wolf told *Air Cargo World*, adding the company "will not be intimidated and will continue to fight back when bullied."

PayCargo **originally filed claims against CargoSprint** and other parties in 2019 in Georgia and Florida courts for "anticompetitive conduct." The companies also disputed over CargoSprint's previous name, PayAirCargo, but reached a settlement in 2016 that gave CargoSprint six months to change its name.

Tags:  **CargoSprint**   **PayCargo**   **Premium**



# AIR CARGO WORLD

9/30/22, 7:36 AM
PayCargo moves for dismissal in one CargoSprint case | Air Cargo World
Case 1:22-cv-02907-HG-JRC   Document 34-12   Filed 10/26/22   Page 3 of 6 PageID #: 305

NEWS    DATA & TOOLS    EVENTS    PODCASTS    MAGAZINE    ARCHIVES    Account

chain webinar                                                shipments at FRA

## Related Posts


TECHNOLOGY
**Airfreight customers in need of green education**
SEPTEMBER 29, 2022


SPECIALTY CARGO
**Data visibility, handler training crucial for pharma shipments**
SEPTEMBER 29, 2022


TECHNOLOGY
**Digitalization tipping point depends on industry adoption**
SEPTEMBER 28, 2022


TECHNOLOGY
**Awery automates dangerous goods compliance documents**
SEPTEMBER 27, 2022


TECHNOLOGY
**Geopolitical shift demands digitization, multimodal transport**
SEPTEMBER 26, 2022


TECHNOLOGY
**FIATA launches electronic FBL in Asia Pacific, plans for blockchain**
SEPTEMBER 20, 2022


NEWS
**Customer demand drives digitization in forwarding**


TECHNOLOGY
**Xeneta secures $80M investment**


TECHNOLOGY
**Unilode partners with OnAsset to create airborne**

Case 1:22-cv-02907-HG-JRC      Document 34-12      Filed 10/26/22      Page 4 of 6 PageID #: 306

NEWS    DATA & TOOLS    EVENTS    PODCASTS    MAGAZINE    ARCHIVES

Account





Account

NEWS    DATA & TOOLS    EVENTS    PODCASTS    MAGAZINE    ARCHIVES



FROM OUR CONTRIBUTORS



### Consultant Insight: Holiday peak season and the rocky road to normal

SEPTEMBER 27, 2022



### On Logistics: BoxC on peak season, global e-commerce capacity

SEPTEMBER 26, 2022



### Consultant Insight: FedEx works to right-size Express network

SEPTEMBER 23, 2022

SPONSORED



### Chennault International Airport Completes Facility for Domestic, International Air Cargo

SEPTEMBER 7, 2022





NEWS    DATA & TOOLS    EVENTS    PODCASTS    MAGAZINE    ARCHIVES

Account

pharma business further

 NOVEMBER 9, 2021



CODEX by Virtual Control fills gaps in cold-chain shipment visibility

 JULY 2, 2021

About Us

Contact Us

Privacy Terms

ADA Compliance

Advertise

 Manage Cookie Consent

**Follow Us**



© 2022 Royal Media & Air Cargo World

