UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PASHA PROBIV,

                Plaintiff,                                JUDGMENT

   v.                                                    22-CV-02907 (HG) (JRC)

PAYCARGO LLC, EDUARDO DEL RIEGO,
XANDER LAW GROUP, and JASON WEBER,

                Defendants.
-------------------------------------------------------------- X

        A Memorandum and Order of Honorable Hector Gonzalez, United States District Judge, having been filed on January 11, 2023, dismissing Plaintiff's RICO claim without prejudice in response to Plaintiff's request to withdraw that claim; dismissing the remainder of Plaintiff's complaint without prejudice because the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims; denying as moot Defendants' motions to dismiss for lack of personal jurisdiction, for improper venue, and for failure to state a claim, *See* ECF Nos. 21 & 26; it is

        ORDERED and ADJUDGED that Plaintiff's RICO claim is dismissed without prejudice in response to Plaintiff's request to withdraw that claim; that the remainder of Plaintiff's complaint is dismissed without prejudice because the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims; that Defendants' motions to dismiss are denied as moot for lack of personal jurisdiction, for improper venue, and for failure to state a claim, *See* ECF Nos. 21 & 26; that in n light of the dismissal of Plaintiff's claims, Defendant PayCargo need not respond to the Court's prior order to provide information about its additional members and their states of citizenship, *See* ECF No. 38; and that since the Court's dismissal is without prejudice, the Court's decision does not adjudicate the merits of Plaintiff's claims, and Plaintiff may refile his claims in another court in which jurisdiction is proper.

Dated: Brooklyn, NY  
      January 12, 2023

Brenna B. Mahoney  
Clerk of Court

By: /s/Jalitza Poveda  
      Deputy Clerk